FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2010 OCT 27  PM 2:23

UNITED STATES OF AMERICA

v.

JAMES FREDERICK NELSON

CASE NO. 6:10-cr-290-Or l - 31DAB
18 U.S.C. § 2422(b)
18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about October 11, 2010, and continuing through on or about October 18, 2010, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**JAMES FREDERICK NELSON**

the defendant herein, using a facility and means of interstate commerce, namely, the Internet and cell phone, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in a sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of F.S. 800.04.

All in violation of Title 18, United States Code, Section 2422(b).

### FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2. From his engagement in the violation alleged in Count One of this Indictment, the defendant, JAMES FREDERICK NELSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his interest in:

    a. Any property, real or personal, that was used to commit or facilitate the commission of such violation; and

    b. Any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly. as a result of such violation.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JAMES FREDERICK NELSON

## INDICTMENT

Violations:
18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 27th day
of October, 2010.

_____
Clerk

Bail $ _____

GPO 863 525